| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) King, George B. | 2. Court or Organization United States District Court Central District of California | 3. Date of Report 5/15/05 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge Active | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X Annual  ___ Final | 6. Reporting Period 1/1/04 – 12/31/04 |
| 7. Chambers or Office Address Roybal Federal Bldg., Suite 660 255 East Temple Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Trustee | Trust # 1 |
| 2. Power of Attorney | ▓▓▓▓▓▓ Within meaning of Canon 5 D |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 2004 | Stutma, Treister & Glatt | |
| 2. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | George H. King | 5/15/05 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | ABTL | 10/19/04 - 10/24/04    Kona, Hawaii |
| 2 | | (Lodging, partial meals & partial transportation) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J -$15,000 or less    K -$15,001-$50,000    L -$50,001-$100,000    M-$100,001-$250,000
N -$250,001-$500,000    O-$500,001-$1,000,000    P1 -$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3-25,000,001-50,000,000    P4-50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting Amt. code1 (A-H) | Type e.g. Div, rent or Int. | Gross value at end of reporting Value Code2 (J-P) | Value Method Code3 (Q-W) | Transactions during reporting period Type e.g. buy, sell, merger redemption | If not exempt from disclosure Date Month- Day | Value code2 (J-P) | Gain code1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No | | | | | | | | | |
| 1 | Am. Int'l Grp. | A | Div. | K | T | | | | | |
| 2 | WACHOVIA CORP. | D | Div. | M | T | | | | | |
| 3 | Yum Brand , Inc. | A | Div. | J | T | | | | | |
| 4 | Wells Fargo Money MKT. | A | Int. | L | T | | | | | |
| 5 | Boeing | A | Div. | K | T | | | | | |
| 6 | In Trust #1 Financial Credit Union - FCU | A | Div./Int. | L | T | | | | | |
| 7 | SB Money FDS Retire Port. #1 | A | Div. | J | T | | | | | |
| 8 | Cisco Systems, Inc. | | None | J | T | | | | | |
| 9 | Microsoft Corp. | B | Div. | J | T | | | | | |
| 10 | Pfizer, Inc. | A | Div. | J | T | | | | | |
| 11 | SBC Comm. Inc. | A | Div. | J | T | | | | | |
| 12 | Wal-Mart | A | Div. | K | T | | | | | |
| 13 | General Electric | A | Div. | K | T | | | | | |
| 14 | SB Money FDS Retire Port. Cl.A #2 (now in Equ able Accumulator) | A | Div. | M | T | | | | | |
| 15 | Biotech Holdrs Trust | A | Div. | K | T | | | | | |
| 16 | SB Money FDS Re i Port. Cl. A #3 | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy sell merger redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 Lucent Technologies | | None | J | T | | | | | |
| 18 Pimco High Yield Fund Class C | B | Div. | M | T | | | | | |
| 19 UTS SPDR Trust Ser. 1 | A | Div. | J | T | | | | | |
| 20 AGERE Systems, Inc. Class A | | None | J | T | | | | | |
| 21 AGERE Systems, Inc. Class B | | None | J | T | | | | | |
| 22 Real Estate Prescott, AZ (in Trust #1) | D | Rent | M | R | | | | | |
| 23 Bank of America Acct (See Item I.2) | A | Int. | J | T | | | | | |
| 24 Wells Fargo Acct (See Item I.2) | | None | M | T | | | | | |
| 25 Franklin Sm. Cap. Growth Fund | B | Div. | K | T | | | | | |
| 26 Seligman Capital Fund | B | Div. | K | T | | | | | |
| 27 Citibank (excess from items 7, 14, 16 &/ or 18) | B | Int. | L | T | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | George H. King | 5/15/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with ~~the provisions of 5 U.S.C.~~ U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date ___5/16/05___

NOTE: ANY ~~PERSON WHO WILL~~FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO ~~CIVIL AND CRIMINAL SANCTIONS (5 U.~~S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544